**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____    Chapter **7**

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy 06/24

**If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Evil Offroad LLC** | |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **93-2908301** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **800 Margaret St Bldg 2** <br> **Pahrump, NV 89048** <br> Number, Street, City, State & ZIP Code | **5881 Alfano Ave** <br> **Pahrump, NV 89061** <br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Nye** <br> County | **Location of principal assets, if different from principal place of business** <br><br> Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

☐ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Evil Offroad LLC**
_____   Case number (*if known*) _____
          Name

**7.   Describe debtor's business**

   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

   _____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

   *Check one:*

   ■ Chapter 7

   ☐ Chapter 9

   ☐ Chapter 11. *Check **all** that apply*:

      ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

      ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

      ☐ A plan is being filed with this petition.

      ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

      ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

      ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

| | District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|---|
| | District | _____ | When | _____ | Case number | _____ |

**10.  Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

   ■ No
   ☐ Yes.

Debtor  **Evil Offroad LLC**                                                    Case number (if known) _____
Name

| List all cases. If more than 1, attach a separate list | Debtor |  | Relationship |  |
|---|---|---|---|---|
|  | District | _____ When _____ | Case number, if known | _____ |

---

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.  Insurance agency  _____
       Contact name   _____
       Phone       _____

---

### ■ Statistical and administrative information

**13. Debtor's estimation of available funds** .

*Check one:*

☐ Funds will be available for distribution to unsecured creditors.

■ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ■ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ■ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ■ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor **Evil Offroad LLC**                                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 25, 2024**
              MM / DD / YYYY

**X** **/s/ Douglas Parks**                                    **Douglas Parks**
Signature of authorized representative of debtor               Printed name

Title   **Member**

**18. Signature of attorney**

**X** **/s/ Robert E. Atkinson**                    Date  **December 25, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Robert E. Atkinson 9958**
Printed name

**Atkinson Law d/b/a DebtBlasters**
Firm name

**376 E Warm Springs Rd Suite 130**
**Las Vegas, NV 89119**
Number, Street, City, State & ZIP Code

Contact phone   **(702) 614-0600**        Email address   **bknotices@nv-lawfirm.com**

**9958 NV**
Bar number and State

## RESOLUTIONS AUTHORIZING BANKRUPTCY

The undersigned, being the sole member of **EVIL OFFROAD LLC**, a Nevada limited liability company ("Company"), hereby adopts the following resolutions and commits the Company as follows:

**RESOLVED**, that in the business judgment of the undersigned, it is desirable and in the best interests of the Company, its creditors, and other parties-in-interest, that the Company file or cause to be filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the U.S. Bankruptcy Court for the District of Nevada; and it is further

**RESOLVED**, that <u>Douglas Parks</u> ("Authorized Individual") hereby is authorized and empowered to execute and file on behalf of the Company all petitions, schedules, lists and other motions, papers or documents, and to take any and all action deemed necessary or proper to obtain such relief, and to appear on behalf of Debtor at any hearings in this case; and it is further

**RESOLVED**, that the Authorized Individual be, and hereby is, authorized and directed to employ Atkinson Law Associates as counsel to represent and assist the Company in carrying out its duties under the Bankruptcy Code, and to take any and all actions to advance the Company's rights and obligations, including filing any pleadings; and in connection therewith, the Authorized Individual is hereby authorized and directed to execute appropriate retention agreements and pay appropriate retainers as required.

**IN WITNESS WHEREOF**, the undersigned have executed these Resolutions as of the date set forth below.

**DOUGLAS PARKS**
*50% member*

Signature: _____

**MISTY PARKS**
*50% member*

Signature: _____

**Fill in this information to identify the case:**

Debtor name    **Evil Offroad LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors   12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  **December 25, 2024**    *X* **/s/ Douglas Parks**
                              Signature of individual signing on behalf of debtor

                                 **Douglas Parks**
                                 Printed name

                                 **Member**
                                 Position or relationship to debtor

**Fill in this information to identify the case:**

Debtor name  **Evil Offroad LLC**

United States Bankruptcy Court for the:  DISTRICT OF NEVADA

Case number (if known)  _____

☐ Check if this is an
   amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

---

Part 1:    **Summary of Assets**

---

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

   1a. **Real property:**
       Copy line 88 from *Schedule A/B*.................................................................................... $ _____**0.00**

   1b. **Total personal property:**
       Copy line 91A from *Schedule A/B*................................................................................ $ _____**3,810.00**

   1c. **Total of all property:**
       Copy line 92 from *Schedule A/B*.................................................................................. $ _____**3,810.00**

---

Part 2:    **Summary of Liabilities**

---

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $ _____**0.00**

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
       Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................... $ _____**0.00**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
       Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*............................ +$ _____**118,900.14**

4.  **Total liabilities** ...........................................................................................
    Lines 2 + 3a + 3b

    $ _____**118,900.14**

**Fill in this information to identify the case:**

Debtor name **Evil Offroad LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property       12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
|---|---|

**1. Does the debtor have any cash or cash equivalents?**

■ No. Go to Part 2.
☐ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | Current value of debtor's interest |
|---|---|

| Part 2: | Deposits and Prepayments |
|---|---|

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   **Wells Fargo 6555**
   7.1. **\*Account overdrawn\***                                                    **$0.00**

   7.2. **Security deposit with landlord**                                           **Unknown**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                             | **$0.00** |

   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

■ No. Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
|---|---|

Debtor    **Evil Offroad LLC**
_____    Case number *(if known)* _____
Name

**13. Does the debtor own any investments?**

☒ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---------|------------------------------------------|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☒ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** Steel | | $0.00 | | $750.00 |
| 20. | **Work in progress** | | | | |
| 21. | **Finished goods, including goods held for resale** | | | | |
| 22. | **Other inventory or supplies** Inventory - misc parts, used tires, etc. | | $0.00 | | $2,000.00 |

| 23. | **Total of Part 5.** | | $2,750.00 |
|-----|---------------------|---|-----------|

Add lines 19 through 22.  Copy the total to line 84.

**24.    Is any of the property listed in Part 5 perishable?**
☒ No
☐ Yes

**25.    Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
☒ No
☐ Yes. Book value _____ Valuation method _____ Current Value _____

**26.    Has any of the property listed in Part 5 been appraised by a professional within the last year?**
☒ No
☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---------|---------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☒ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---------|-------------------------------------------------------------|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
☒ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

Debtor    **Evil Offroad LLC**                                    Case number *(If known)* _____
_____
Name

| 39. | Office furniture | | |
|---|---|---|---|
| | Two desks, chairs, filing cabinets | $0.00 | $10.00 |

| 40. | Office fixtures | | |
|---|---|---|---|
| | Shelving | $0.00 | $50.00 |

| 41. | Office equipment, including all computer equipment and communication systems equipment and software | | |
|---|---|---|---|
| | Printers, laptop, computer screens, phones, clock | $0.00 | $200.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**
   Add lines 39 through 42. Copy the total to line 86.                                        **$260.00**

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
   ■ No
   ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No. Go to Part 9.
   ■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
|---|---|---|---|
| **47.** **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| **48.** **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,<br>floating homes, personal watercraft, and fishing vessels | | | |
| 48.1.  **Trailer (untitled)** | $0.00 | | $800.00 |
| **49.** **Aircraft and accessories** | | | |
| **50.** **Other machinery, fixtures, and equipment (excluding farm<br>machinery and equipment)** | | | |

51. **Total of Part 8.**
   Add lines 47 through 50. Copy the total to line 87.                                        **$800.00**

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

Debtor    **Evil Offroad LLC**_____    Case number *(If known)* _____
　　　　　Name

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.  Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Business lease for Debtor's shop** | Lease | $0.00 | | $0.00 |

**56.  Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

| | $0.00 |
|---|---|

**57.  Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.  Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

| Part 11: | All other assets |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Evil Offroad LLC**
　　　　　Name

Case number *(If known)* _____

| Part 12: | Summary |
|----------|---------|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|------------------|-----------------------------------|-------------------------------|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $2,750.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $260.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $800.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*.......................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $3,810.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $3,810.00 |

**Fill in this information to identify the case:**

Debtor name __**Evil Offroad LLC**__

United States Bankruptcy Court for the: __DISTRICT OF NEVADA__

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

    ■ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

    ☐ Yes. Fill in all of the information below.

**Fill in this information to identify the case:**

Debtor name     **Evil Offroad LLC**

United States Bankruptcy Court for the:   DISTRICT OF NEVADA

Case number (if known)   _____

☐ Check if this is an
   amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☑ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | **Amount of claim** |
|---|---|---|

| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Abdullah Alakkas** | ☐ Contingent | |
|  | **151 N Fair Oaks Ave #2106** | ☐ Unliquidated | |
|  | **Pasadena, CA 91103** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: __Customer - notice purposes__ | |
|  | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Abdullah Hanafi** | ☐ Contingent | |
|  | **15 Boulden Circle Ste 100** | ☐ Unliquidated | |
|  | **New Castle, DE 19726** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: __Customer - notice purposes__ | |
|  | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Adam Bielanski** | ☐ Contingent | |
|  | **717 Ponderosa Way** | ☐ Unliquidated | |
|  | **Madera, CA 93636** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: __Customer - notice purposes__ | |
|  | | Is the claim subject to offset? ☑ No ☐ Yes | |

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown** |
|---|---|---|---|
|  | **Adam Loomis** | ☐ Contingent | |
|  | **4882 Santenay Lane** | ☐ Unliquidated | |
|  | **Sparks, NV 89436** | ☐ Disputed | |
|  | Date(s) debt was incurred _ | | |
|  | Last 4 digits of account number _ | Basis for the claim: __Customer - notice purposes__ | |
|  | | Is the claim subject to offset? ☑ No ☐ Yes | |

Debtor    **Evil Offroad LLC**
_____    Case number *(if known)* _____
Name

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Aftermarket HQ LV**
**4040 W Hacienda Ave # 100**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Agustin Garcia**
**213 Tuscany Avenue**
**Greenfield, CA 93927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alberto Holguin**
**20622 W Daniel Pl**
**Buckeye, AZ 85396**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alex Tribuzio**
**8 Jackie Jo Jct**
**Bozeman, MT 59718**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander Reginato**
**158 Kinman Ave**
**Goleta, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Alexander Vergara**
**318 S Lemon St**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Anderson Ford**
**3601 N Stockton Hill Rd**
**Kingman, AZ 86409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Evil Offroad LLC**                                     Case number *(if known)* _____
_____
Name

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|---|---|---|

**3.12**

**Nonpriority creditor's name and mailing address**
**Andre Benguerel**
**85 Mount Rainier Dr**
**San Rafael, CA 94903**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.13**

**Nonpriority creditor's name and mailing address**
**Andrew Clum**
**1642 Debann Road**
**Encinitas, CA 92007**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.14**

**Nonpriority creditor's name and mailing address**
**Andrew Gerardo**
**8115 Woolburn Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.15**

**Nonpriority creditor's name and mailing address**
**Andrew Marmaud**
**2420 W Gramercy Ave**
**Anaheim, CA 92801**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.16**

**Nonpriority creditor's name and mailing address**
**Andrew Rodriguez**
**14515 Hillsdale St**
**Chino, CA 91710**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.17**

**Nonpriority creditor's name and mailing address**
**ANDY JANSSEN**
**20401 KEOLA LN NORTH**
**FT MYERS, FL 33917**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.18**

**Nonpriority creditor's name and mailing address**
**Anthony Cantu**
**1319 Tabor Ln**
**Le Verne, CA 91750**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Evil Offroad LLC**
_____          Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.19 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**3.19**

**Nonpriority creditor's name and mailing address**

**Anthony Dinero**
**8671 East 40th Lane**
**Yuma, AZ 85365**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.20**

**Nonpriority creditor's name and mailing address**

**Anthony Fonbuena**
**32495 Prrigord Road**
**Winchester, CA 92596**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Anthony Mateo**
**199 Central Park Square  #489**
**Los Alamos, NM 87544**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Anthony Montoya**
**9222 New Forest Rd**
**Spring, TX 77379**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**

**Nonpriority creditor's name and mailing address**

**Armondo Briones-T**
**2269 Wayne Street**
**Lake Station, IN 46405**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**

**Nonpriority creditor's name and mailing address**

**ASPEN CHOURNOS**
**6199 SOUTH DELDA DR**
**ST GEORGE, UT 84790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**

**Nonpriority creditor's name and mailing address**

**Avalyn Gerlach**
**1635 Corte Orchidia**
**Carlsbad, CA 92011**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Unknown**

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Evil Offroad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $125.00 |
|---|---|---|---|

**AXE EXTERMINATORS**
**PO BOX 2383**
**PAHRUMP, NV 89041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  RECURRING OPERATIONS BILL

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,340.19 |
|---|---|---|---|

**BAJA DESIGNS**
**2950 NORMAN STRASSE RD**
**SAN MARCOS, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  TRADE VENDOR

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,576.32 |
|---|---|---|---|

**BALBOA CAPITAL**
**575 ANTON BLVD**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  FINANCE CO

Last 4 digits of account number  8690

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**BART MUELLER**
**311 NORTH FM 730**
**DECATUR, TX 76234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer - notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Bay Area Raptor Repair**
**1500 Third Ave**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer - notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Baylee Bettencourt**
**12385 Road 96**
**Tipton, CA 93272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer - notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Boyd Layton**
**12212 N 36th Place**
**Phoenix, AZ 85032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  Customer - notice purposes

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Evil Offroad LLC**                                    Case number *(if known)* _____
                Name

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Brandon Lareau**
**111 Northwest 16th St**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Ramirez**
**15740 S Camino Oculi**
**Sahuarita, AZ 85629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brandon Schraub**
**4137 COUNTY ROAD 617**
**Hamilton, TX 76531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Braydon Webb**
**Address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brendan Kelly**
**6262 Altamar Cir**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Bret Robinson**
**1190 North Intake Blvd**
**Blythe, CA 92225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | | Unknown |
|---|---|---|---|

**Brian Highfield**
**4311 7th Ave**
**Chattanooga, TN 37407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Evil Offroad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Brian Solidum** | ☐ Contingent | |
| **465 Gallagher Dr** | ☐ Unliquidated | |
| **Benicia, CA 94510** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.41**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Bryant Parker** | ☐ Contingent | |
| **12527 W 85th Circle** | ☐ Unliquidated | |
| **Arvada, CO 80005** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.42**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Bryce Ford** | ☐ Contingent | |
| **2788 Jay Bird Ln** | ☐ Unliquidated | |
| **Springtown, TX 76082** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.43**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Caleb Heeres** | ☐ Contingent | |
| **8870 Moonlight Drive** | ☐ Unliquidated | |
| **Zeeland, MI 49464** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.44**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Caleb Mcandrews** | ☐ Contingent | |
| **28990 Bonita Vista Road 653** | ☐ Unliquidated | |
| **Mountain Center, CA 92561** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.45**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carl Derksen** | ☐ Contingent | |
| **1609 hwy. 32 north** | ☐ Unliquidated | |
| **Walhalla, ND 58282** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.46**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Carsen Richards** | ☐ Contingent | |
| **20613 N 63rd Dr** | ☐ Unliquidated | |
| **Glendale, AZ 85308** | ☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: __Customer - notice purposes__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor     **Evil Offroad LLC**
                                                          Case number (if known)
_____
Name

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.47** Nonpriority creditor's name and mailing address

**Cesar Ramos**
**964 Nantucket Blvd**
**Salinas, CA 93906**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** Nonpriority creditor's name and mailing address

**Charlie Gargiulo**
**2077 Misty Hollow Drive**
**Wall Township, NJ 07719**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** Nonpriority creditor's name and mailing address

**Chase DSD**
**432 South Cottonwood Lane**
**Blythe, CA 92225**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** Nonpriority creditor's name and mailing address

**Chase Laub**
**400 Quaking Aspen Drive**
**Duck Creek Village, UT 84762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** Nonpriority creditor's name and mailing address

**Chase Mault**
**32955 Cole Grade Road**
**Valley Center, CA 92082**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** Nonpriority creditor's name and mailing address

**Chris Grigereit**
**Address unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** Nonpriority creditor's name and mailing address

**Cody Evans**
**2705 River Bend Trail**
**Flower Mound, TX 75022**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*            **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Evil Offroad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Colby Schwenson**
**5439 Bonfair Avenue**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cole Asakowicz**
**4309 Costa Espuma**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connor OBryant**
**11223 West Golden Lane**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Connor Wright**
**26955 Fayence Dr**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Craig Clark**
**Address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Cristian Gomez**
**10002 W Miami St**
**Tolleson, AZ 85353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**DALTON ROWELL**
**1255 INCHON ST**
**JACKSONVILLE, NC 28544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Evil Offroad LLC**                                      Case number *(if known)* _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------|--------|--------|

**3.61**

Nonpriority creditor's name and mailing address

**Darren Irving**
**14582 Brayman Rd Ste 232**
**Moran, WY 83013**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.62**

Nonpriority creditor's name and mailing address

**Dave Jensen**
**4320 Harbour Cove Ct**
**Alpharetta, GA 30005**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.63**

Nonpriority creditor's name and mailing address

**David Allen**
**8754 E Monmouth Pl**
**Denver, CO 80237**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.64**

Nonpriority creditor's name and mailing address

**David Barr**
**14081 Vai Brothers Drive**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.65**

Nonpriority creditor's name and mailing address

**David Levett**
**1003 Industrial Way**
**Squamish BC V8B 0H1**
**CANADA**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.66**

Nonpriority creditor's name and mailing address

**David Ortiz**
**3060 Porter St**
**Soquel, CA 95073**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

---

**3.67**

Nonpriority creditor's name and mailing address

**David Pharis**
**27158 Bidwell Ln**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☒ No  ☐ Yes

Unknown

Debtor     **Evil Offroad LLC**
_____          Case number _(if known)_ _____
Name

| 3.68 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **Unknown** |
|---|---|---|---|

3.68 | **Nonpriority creditor's name and mailing address**

**David Thompson**
**7210 N Joanna Dr**
**Coeur d'Alene, ID 83815**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

3.69 | **Nonpriority creditor's name and mailing address**

**David Tsang**
**11418 Donneymoor Dr**
**Riverview, FL 33569**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

3.70 | **Nonpriority creditor's name and mailing address**

**David Vasquez**
**5702 Vonnie Lane**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

3.71 | **Nonpriority creditor's name and mailing address**

**Dawson Garbett**
**17652 w fetlock trail**
**Surprise, AZ 85387**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

3.72 | **Nonpriority creditor's name and mailing address**

**DEAN PATTISSON**
**422 S. Morningside St.**
**Wichita, KS 67218**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

3.73 | **Nonpriority creditor's name and mailing address**

**DEAVER SUSPENSION**
**902 E 2ND ST**
**SANTA ANA, CA 92701**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **$3,027.34**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **TRADE VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

3.74 | **Nonpriority creditor's name and mailing address**

**Dennis Amodio**
**12324 SW 94TH PLACE**
**MIAMI, FL 33176**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** _Check all that apply._                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**                                                     Case number *(if known)* _____

                Name

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Dennis Buschbaum**
**124 Yeary Ln**
**Aledo, TX 76008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Derick Schmid**
**2907 Holcomb Creek Place**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Devin Smith**
**11653 Riverside Dr Suite 153**
**Lakeside, CA 92040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Devon Sutton**
**23911 Bough Ave**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Dirt King Fabrication**
**7149 Mission Gorge Rd**
**San Diego, CA 92120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Dominic Alonso**
**5229 Maryland Avenue Unit A**
**Glendale, CA 91214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|------|--------------------------------------------------|------------------------------------------------------------------------|---------|

**Dominic Ferrari**
**16350 Ridgecrest Ave**
**Monte Sereno, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Evil Offroad LLC**

Name                                                          Case number (if known)

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donald Parco**
**1130 Arbolita Dr**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donny Tolson**
**34131 Silktassel Road**
**Lake Elsinore, CA 92532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Donovan Hughes**
**717 N Glen Oaks Dr**
**Alpine, CA 91901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Drake Denham**
**2504 E. Maddox Rd**
**Buford, GA 30519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dustin Liebenthal**
**6985 Wl-33**
**Allenton, WI 53002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dylan Bracci**
**210 E Gladstone St**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Dylan Johnson**
**1900 Scarlet Sage Lane**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Evil Offroad LLC**                                            Case number (if known) _____
         _____
         Name

| | |
|---|---|

**3.89**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Dylan Keller**<br>**73 Bridge Street**<br>**Mount Jewett, PA 16740** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.90**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Edgar Henriquez**<br>**250 Walnut Village Ln**<br>**Henderson, NV 89012** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.91**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Edward Ibarra**<br>**2364 Paseo de las Americas 104 1811**<br>**San Diego, CA 92154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.92**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Eric Appelwick**<br>**4897 Miller Trunk Hwy Suite 224**<br>**Hermantown, MN 55811** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.93**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Eric Dominguez**<br>**2901 S Enchanted Hills Dr**<br>**Tucson, CA 85713** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.94**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Eric Ounthouang**<br>**27133 Montana Pass**<br>**San Antonio, TX 78260** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.95**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|
| **Eric Payne**<br>**22909 Anza Ave.**<br>**Torrance, CA 90505** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Customer - notice purposes** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Evil Offroad LLC**
_____
     Name

Case number _(if known)_    _____

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Eric Peters**
**970 Ottinger Road**
**Keller, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Eric Sandoval**
**15399 W. 75th Place**
**Arvada, CO 80007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Eric Waite**
**721 Louisiana Avenue**
**Corpus Christi, TX 78404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Ethan Jones**
**11558 BALD EAGLE LN**
**DESERT HOT SPRINGS, CA 92240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Ethan Mullani**
**9123 Crown Jewel Drive**
**Richmond, TX 77469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**EVAN GORMAN**
**4546 ARBORETUM CIRCLE**
**NAPLES, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Faisal Alfawzan**
**Hosenah House 4**
**Riyadh 13315**
**SAUDI ARABIA   13315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  __Customer - notice purposes__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**                                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.103 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **FASS Motorsports** | ☐ Contingent |
| | **16234 State Highway O** | ☐ Unliquidated |
| | **Marthasville, MO 63357** | ☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **FDS HOLDINGS** | ☐ Contingent |
| | **255 FISERV DR** | ☐ Unliquidated |
| | **BROOKFIELD, WI 53045** | ☐ Disputed |

**$9,709.51**

Date(s) debt was incurred _

Basis for the claim:  **CREDIT CARD PROCESSOR**

Last 4 digits of account number  **4277**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **FEDEX** | ☐ Contingent |
| | **3965 AIRWAYS MODULE G** | ☐ Unliquidated |
| | **MEMPHIS, TN 38116** | ☐ Disputed |

**$900.00**

Date(s) debt was incurred _

Basis for the claim:  **SHIPPING VENDOR**

Last 4 digits of account number  **5296**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **Fernando Silva** | ☐ Contingent |
| | **150 Vega Drive** | ☐ Unliquidated |
| | **Goleta, CA 93117** | ☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **FINANCIAL PACIFIC LEASING** | ☐ Contingent |
| | **3455 S 344TH WAY** | ☐ Unliquidated |
| | **FEDERAL WAY, WA 98001** | ☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Basis for the claim:  **FINANCE CO**

Last 4 digits of account number  **7501**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **Fisher Plucinsky** | ☐ Contingent |
| | **1800 Roadrunner Ln** | ☐ Unliquidated |
| | **Chino Valley, AZ 86323** | ☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
|---|---|---|
| | **Fontana Tire Center** | ☐ Contingent |
| | **17890 Foothill Blvd** | ☐ Unliquidated |
| | **Fontana, CA 92335** | ☐ Disputed |

**Unknown**

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____        Case number (if known) _____
Name

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

3.110    Nonpriority creditor's name and mailing address

**Franco Ibarra**
**6026 North 124th Drive**
**Litchfield Park, AZ 85340**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.111    Nonpriority creditor's name and mailing address

**FRANK ALARID**
**Address unknown**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.112    Nonpriority creditor's name and mailing address

**Gabriel Delosreyes**
**18895 Boulder Ave**
**Riverside, CA 92508**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.113    Nonpriority creditor's name and mailing address

**Gabriel Mafud**
**591 Telegraph Canyon Rd 742**
**Chula Vista, CA 91910**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.114    Nonpriority creditor's name and mailing address

**Garrett Spicer**
**2421 Haller St**
**San Diego, CA 92104**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.115    Nonpriority creditor's name and mailing address

**GAS PEDAL INDUSTRIES**
**13129 KUYKENDAHL RD**
**HOUSTON, TX 77090**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

3.116    Nonpriority creditor's name and mailing address

**Geoff Aiken**
**13300 Hugh Graham Rd NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Evil Offroad LLC**                                      Case number (if known) _____

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**George Manuel**
**1148 Richard Lane**
**Honolulu, HI 96819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**GNC CUSTOMS**
**2626 PEDDLERS VILLAGE RD**
**GOSHEN, IN 46526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Greg Kishiyama**
**11119 Franklin Ave**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**GUMARO RESENDIZ**
**2530 HAMMOND**
**CUMMING, GA 30040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Gustavo Gallardo**
**10109 Mansel Ave**
**Inglewood, CA 90304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**H&W Offroad**
**621 Columbus Pkwy**
**Opelika, AL 36801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hammer Performance**
**2000 Appaloosa Dr**
**Sunland Park, NM 88063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Evil Offroad LLC**
_____    Case number (if known) _____
Name

| 3.124 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hamzah Hezam**
**Ibn Al Ameed Street**
**Dhahran, Eastern Province 34245**
**SAUDI ARABIA**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hands on Technologies, LLC**
**30 N Gould St Ste 22023**
**Sheridan, WY 82801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harrison Williams**
**5536 Waneta Pl**
**Sarasota, FL 34232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Harvey Flores**
**1344 S Ross St**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hector Lujan jr**
**1271 Hollister Street**
**San Diego, CA 92154**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hudson Sanford**
**711 Cole Ave PH21**
**Los Angeles, CA 90038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |

**Hugh Westerkamp**
**707 Nacional Ct**
**Salinas, CA 93901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** __Customer - notice purposes__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**                                          Case number (if known) _____
          _____
          Name

| | | |
|---|---|---|

**3.131**  Nonpriority creditor's name and mailing address

**Hunter Welles**
**2230 NW Eastes St**
**Bend, OR 97703**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**  Nonpriority creditor's name and mailing address

**INEXPRESS**
**10619 S JORDAN GATEWAY**
**SOUTH JORDAN, UT 84095**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$3,247.12**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **SHIPPING VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.133**  Nonpriority creditor's name and mailing address

**Jack Ciattarelli**
**Oak Point Lane**
**Watertown, NY 13601**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.134**  Nonpriority creditor's name and mailing address

**Jack Gore**
**20172 S New Britain Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135**  Nonpriority creditor's name and mailing address

**Jack Watterson**
**10328 SW Siletz Dr**
**Tualatin, OR 97062**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.136**  Nonpriority creditor's name and mailing address

**Jackson Miller**
**14803 Bulverde Rd.**
**San Antonio, TX 78247**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137**  Nonpriority creditor's name and mailing address

**Jacob Calderon**
**1711 Boyd Ave**
**Corona, CA 92881**

Date(s) debt was incurred __
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____
Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.138 | **Nonpriority creditor's name and mailing address**<br>**Jacob Canterberry**<br>**120 Village Cir.**<br>**Harpers Ferry, WV 25425**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? �■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.139 | **Nonpriority creditor's name and mailing address**<br>**Jacob Prast**<br>**7020 N 183rd Ave**<br>**Waddell, AZ 85355**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.140 | **Nonpriority creditor's name and mailing address**<br>**Jacob Sleeth**<br>**28551 Rancho Grande**<br>**Laguna Nigel, CA 92677**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.141 | **Nonpriority creditor's name and mailing address**<br>**Jacob Viramontes**<br>**911 6th St**<br>**Ramona, CA 92065**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.142 | **Nonpriority creditor's name and mailing address**<br>**Jamal Accra**<br>**1069 East Periwinkle Way**<br>**Gilbert, AZ 85297**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.143 | **Nonpriority creditor's name and mailing address**<br>**James Brown**<br>**30653 Noble Ct**<br>**Homeland, CA 92548**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

| | | |
|---|---|---|
| 3.144 | **Nonpriority creditor's name and mailing address**<br>**James ODonnell**<br>**222 N Henry St**<br>**Brooklyn, NY 11222**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **Unknown** |

Debtor  **Evil Offroad LLC**
_____     Case number (if known) _____
Name

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**James Oshea**
**153 South Sierra #1811**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jared Goldsmith**
**209 Fig Ave**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jarrod Yuchno**
**42525 Morning Dew Court**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Davis**
**126 Hall Dr S**
**Montgomery, TX 77316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason McClintock**
**1824 Asoka St**
**Strasburg, CO 80136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jason Wood**
**11777 Gayview Dr**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Jay Gauthier**
**631 West Foothill Blvd #25**
**Glendora, CA 91741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Evil Offroad LLC**                                           Case number *(if known)*  _____
_____
Name

| 3.152 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Jaydon Lewis**
**1617 Clydesdale Dr**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeff Mandel**
**2539 E Indian School Rd**
**Phoenix, AZ 85016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeff Stull**
**3689 Stone Rd NE**
**Solon, IA 52333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jeremiah Maloney**
**41327 Cresta Verde Ct**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jerry Seagreaves**
**500 Harn Ranch Rd**
**Soquel, CA 95073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jesse Barron**
**2405 Shasta drive**
**San Bernardino, CA 92404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Jimmy Gonzalez**
**2741 Heron Lane**
**Camino, CA 95709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:   Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Evil Offroad LLC**                                            Case number *(if known)* _____
         _____
         Name

| 3.159 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**3.159**  Nonpriority creditor's name and mailing address

**Joe Weston**
**510 La Costa Avenue**
**Encinitas, CA 92024**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.160**  Nonpriority creditor's name and mailing address

**Joey Trimarchi**
**29018 Mirada Circulo**
**Santa Clarita, CA 91354**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.161**  Nonpriority creditor's name and mailing address

**John Coates**
**16800 Bealle Hill Force Lane**
**Accokeek, MD 20607**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.162**  Nonpriority creditor's name and mailing address

**John De Lay**
**109 Old Avery Dr**
**Canton, GA 30115**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.163**  Nonpriority creditor's name and mailing address

**John Goodrich**
**543 Rocking Horse Drive**
**Chula Vista, CA 91914**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.164**  Nonpriority creditor's name and mailing address

**JOHN HARLEY**
**406 CONSTITUTION BLVD**
**NEW BRIGHTON, PA 15066**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.165**  Nonpriority creditor's name and mailing address

**JOHN HAUENSTEIN**
**19746 BUCK CANYON RD**
**BEND, OR 97702**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor    **Evil Offroad LLC**
                                                          Case number (if known) _____
         Name

| 3.166 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.166** Nonpriority creditor's name and mailing address

**John Miali**
**4339 E Ruth Place**
**ORANGE, CA 92869**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** Nonpriority creditor's name and mailing address

**John Tevelde**
**322 North Gates Street**
**Syracuse, KS 67878**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** Nonpriority creditor's name and mailing address

**Johnathan Panamaroff**
**20401 Soledad Canyon Road**
**Santa Clarita, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** Nonpriority creditor's name and mailing address

**Jon Mader**
**12482 W Hidden Point Dr**
**Star, ID 83669**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** Nonpriority creditor's name and mailing address

**Jon Paul Ugay**
**Address unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** Nonpriority creditor's name and mailing address

**Jonathan Dekiewit**
**PO Box 542**
**Clearwater, FL 33757**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** Nonpriority creditor's name and mailing address

**Jonathan Summers**
**1988 Little Black Creek Road**
**Lumberton, MS 39455**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                    **Unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Evil Offroad LLC**
         _____          Case number (if known) _____
         Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

3.173  **Nonpriority creditor's name and mailing address**
**JORDAN BROWN**
**3119 NORTH JACKSON AVE**
**TUCSON, AZ 85730**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.174  **Nonpriority creditor's name and mailing address**
**Jordan Hewlett**
**1344 Disc Drive**
**Sparks, NV 89436**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.175  **Nonpriority creditor's name and mailing address**
**Jose Antonio Elguea**
**14087 Pebble Hills Boulevard**
**El Paso, TX 79938**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.176  **Nonpriority creditor's name and mailing address**
**Jose De Dios**
**350 W Sante Fe Ave**
**Placentia, CA 92870**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.177  **Nonpriority creditor's name and mailing address**
**Jose M Machado**
**163 Lindell Ave**
**El Cajon, CA 92020**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.178  **Nonpriority creditor's name and mailing address**
**Jose Ramos**
**14910 Redwood Ln**
**Chino Hills, CA 91709**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.179  **Nonpriority creditor's name and mailing address**
**Jose Reyna**
**1228 South Almond Avenue**
**Ontario, CA 91762**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor    **Evil Offroad LLC**
_____
Name                                                    Case number (if known) _____

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.180**
Nonpriority creditor's name and mailing address
**Jose Velazquez**
**254 Sunny Meadow Dr**
**Bakersfield, CA 93308**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
Nonpriority creditor's name and mailing address
**Joseph Avila**
**16040 S 17th Ln**
**Phoenix, AZ 85045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.182**
Nonpriority creditor's name and mailing address
**Joseph Cuevas**
**16497 North Woodson Drive**
**Ramona, CA 92065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
Nonpriority creditor's name and mailing address
**Joseph Lujan**
**15541 Ramona Ave**
**Fontana, CA 92336**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.184**
Nonpriority creditor's name and mailing address
**JOSH BARENG**
**10 ROSSEAU RD**
**ONTARIO M3H 3G2**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.185**
Nonpriority creditor's name and mailing address
**Joshua Pickens**
**3854 Bluebird Canyon Ct**
**Vista, CA 92084**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.186**
Nonpriority creditor's name and mailing address
**Joshua Skenes**
**1177 Sherwood Rd**
**San Marino, CA 91108**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*          **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____    Case number *(if known)* _____
          Name

| | | |
|---|---|---|
| 3.187 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Nonpriority creditor's name and mailing address**
Juan Carlos Gutierrez
13631 Harbor Blvd
Garden Grove, CA 92843

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.188  **Nonpriority creditor's name and mailing address**
JUAN GONZALEZ
807 SPATES ST
CHANNELVIEW, TX 77530

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.189  **Nonpriority creditor's name and mailing address**
JUAN GONZALEZ
6820 SANTA FE CIRCLE
EVANSVILLE, WY 82636

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.190  **Nonpriority creditor's name and mailing address**
Juan Guiterrez
1958 Glendora Way
Salinas, CA 93906

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.191  **Nonpriority creditor's name and mailing address**
Julio Torres
1130 W 2nd St
Santa Ana, CA 92703

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.192  **Nonpriority creditor's name and mailing address**
Julius Scott
2561 Northwest 115th Drive
Coral Springs, FL 33065

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.193  **Nonpriority creditor's name and mailing address**
Justin Turtzer
3235 E Midsummer Privado Unit 4
Ontario, CA 91762

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor    **Evil Offroad LLC**                                      Case number (if known) _____
          Name

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.194**

**Nonpriority creditor's name and mailing address**

Kaden Jung
23530 Ladeene Avenue
Torrance, CA 90505

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.195**

**Nonpriority creditor's name and mailing address**

Kaden Wheat
3524 Graysby Ave
San Pedro, CA 90732

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.196**

**Nonpriority creditor's name and mailing address**

Kalani Cecil
28639 Bridge Water Lane
Menifee, CA 92584

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.197**

**Nonpriority creditor's name and mailing address**

Kama Kobayashi
PO Box 1018
Kamuela, HI 96743

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.198**

**Nonpriority creditor's name and mailing address**

Karim Sanford
4521 San Felipe st
Houston, TX 77027

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.199**

**Nonpriority creditor's name and mailing address**

Katie Marquez
15148 Method Ave
El Paso, TX 79938

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.200**

**Nonpriority creditor's name and mailing address**

KENDRICK ALLEN
1008 SOQUEL AVE
SANTA CRUZ, CA 95062

Date(s) debt was incurred _
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Customer - notice purposes

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

Debtor    **Evil Offroad LLC**
　　　　　Name

Case number (if known) _____

| | |
|---|---|
| 3.201 | **Nonpriority creditor's name and mailing address** |

**3.201**

**Nonpriority creditor's name and mailing address**
**Kyle Albritton**
**11 Hawthorne Hollow Cir**
**The Woodlands, TX 77384**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.202**

**Nonpriority creditor's name and mailing address**
**Kyle Campagne**
**10904 Sutter Ct**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.203**

**Nonpriority creditor's name and mailing address**
**Kyle Kovacs**
**215 North Gladys Street**
**Leesville, LA 71446**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.204**

**Nonpriority creditor's name and mailing address**
**LAVA GEL INC - PATTERSON FABRICATION**
**2581 EAST GAMEBIRD RD**
**PAHRUMP, NV 89048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$1,500.00**

---

**3.205**

**Nonpriority creditor's name and mailing address**
**LAWSON PRODUCTS**
**8770 WEST BRYN MAWR**
**CHICAGO, IL 60631**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE VENDOR**

Is the claim subject to offset? ■ No ☐ Yes

**$413.30**

---

**3.206**

**Nonpriority creditor's name and mailing address**
**Logan Kalana**
**2645 Elizabeth Pkwy**
**Fallon, NV 89046**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

**3.207**

**Nonpriority creditor's name and mailing address**
**Logan Plemons**
**P.O. Box 2433**
**Crestline, CA 92325**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Evil Offroad LLC**
_____        Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.208 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Nonpriority creditor's name and mailing address**
**Luis Flores**
**3656 South Bronson Lane**
**Tucson, AZ 85713**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.209

**Nonpriority creditor's name and mailing address**
**Mario Ramirez**
**41297 Pine Ave**
**Greenfield, CA 93926**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.210

**Nonpriority creditor's name and mailing address**
**Martin Nunez**
**15512 S. Stanford Ave**
**Compton, CA 90220**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.211

**Nonpriority creditor's name and mailing address**
**Mason Hall**
**850 Maplewood Avenue**
**Newbury Park, CA 91320**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.212

**Nonpriority creditor's name and mailing address**
**Matt Closson**
**17269 Leisure Lake Drive**
**Monument, CO 80132**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.213

**Nonpriority creditor's name and mailing address**
**Matthew Barrett**
**112 Rock Knoll Street**
**Liberty Hill, TX 78642**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

3.214

**Nonpriority creditor's name and mailing address**
**Matthew Hall**
**8792 Hebrides Dr**
**San Diego, CA 92126**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

**Unknown**

---

Debtor   **Evil Offroad LLC**                                      Case number (if known) _____
         _____
         Name

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mauricio Miranda**
**167 N Millbrook St**
**Aurora, CA 80018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Max Ramos**
**9621 Cliff View Way**
**Las Vegas, NV 89117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mayhem Offroad LLC**
**32955 Cole Grade Rd**
**Valley Center, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Mcclaine Cantrell**
**3936 Elm Avenue**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Alfaro**
**1209 Holland Oaks Dr**
**China Grove, NC 28023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Carbajal**
**12401 Pino Ave NE**
**Albuquerque, NM 87122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Michael Madriz**
**401 S Clymar Ave**
**Compton, CA 90220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____
Name                                         Case number (if known) _____

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.222** Nonpriority creditor's name and mailing address

**Michael Robinson**
**1116 Linken Ave**
**Mobile, AL 36609**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.223** Nonpriority creditor's name and mailing address

**Miguel Quintanilla**
**2018 West Ann Arbor Street**
**Harlingen, TX 78552**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.224** Nonpriority creditor's name and mailing address

**Mike Calamba**
**3333 Vista Meadows Dr**
**Concord, CA 94565**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.225** Nonpriority creditor's name and mailing address

**Mike Lee**
**542 Canvasback Ct**
**Vacaville, CA 95687**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.226** Nonpriority creditor's name and mailing address

**Mike Starr**
**501 Auburn Way N**
**auburn, WA 98001**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.227** Nonpriority creditor's name and mailing address

**Mishal Alshudukhi**
**182-21 150th Avenue**
**Springfield Gardens, NY 11413**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

**3.228** Nonpriority creditor's name and mailing address

**Moises Martinez**
**Address unknown**

**Date(s) debt was incurred** _
**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Unknown

---

Debtor   **Evil Offroad LLC**
_____          Case number _(if known)_ _____
         Name

| 3.229 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Moises Villalba**
**28844 Mohogany Trail Ways**
**Menefee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Natalie Bowling**
**2325 Orchard Circle Dr**
**Traverse City, MI 49686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Nate Hellman**
**373 County Road 432**
**Dayton, TX 77535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Nathan Casalman**
**250 North Linden Avenue 65**
**Rialto, CA 92376**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Nathan Siniscalchi**
**18512 Arbor Gate Lane**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**Nathaniel Callahan**
**160 Pacos Street**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

**NGUYEN VO**
**14794 BLOSSOM LANE**
**WESTMINSTER, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

Debtor  **Evil Offroad LLC**

Case number (if known) _____

Name

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nicholas Frappier**
**32074 Apple Valley Rd**
**Scappoose, OR 97056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nicholas Galecka**
**23100 E 160th Ave**
**Brighton, CO 80603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nicholas Morgan**
**302 Lake Terrace**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nick Garcia**
**911 Vineyard Vine Way**
**North Las Vegas, NV 89032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Nirmal Patel**
**11032 Bermuda St**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Noah Dupleich**
**1972 Old Cedars Road**
**Cle Elum, WA 98922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |

**Noah Sledge**
**1332 Bridge Water Creek**
**Bishop, GA 30621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Evil Offroad LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.243** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Off Road Warehouse**
**26901 Jefferson Ave**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Omar Mandujano**
**1983 Whitney Way**
**El Centro, CA 92243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Orlan Cox**
**8355 Cost Ave**
**Stonewood, WV 26301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Orlando Cano**
**52790 Avenita Navarro**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**PAHRUMP LANDS, LLC**
**1490 CENTER CROSSING RD**
**LAS VEGAS, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **LANDLORD**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Patrick Rogers**
**25359 Atlantic St**
**Accomac, VA 23301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

**Paul Strauss**
**631 S Schug St**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Evil Offroad LLC**                                                          Case number (if known) _____
          Name

| | | |
|---|---|---|
| 3.250 | **Nonpriority creditor's name and mailing address**<br>**PERFORMANCE OVERNIGHT, LLC**<br>**1 WEST EXCHANGE ST**<br>**PROVIDENCE, RI 02903**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __SHIPPING VENDOR__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **$17,534.88** |
| 3.251 | **Nonpriority creditor's name and mailing address**<br>**POWDER COATING PLUS**<br>**5325 S VALLEY VIEW**<br>**LAS VEGAS, NV 89118**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __TRADE VENDOR__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **$4,067.50** |
| 3.252 | **Nonpriority creditor's name and mailing address**<br>**PRIORITY-1, INC**<br>**401 W CAPITAL AVE**<br>**LITTLE ROCK, AR 72201**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __SHIPPING VENDOR__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **$1,901.16** |
| 3.253 | **Nonpriority creditor's name and mailing address**<br>**Quinn Vereker**<br>**2631 Davis Ave**<br>**Carlsbad, CA 92008**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **Unknown** |
| 3.254 | **Nonpriority creditor's name and mailing address**<br>**Rachel Ferguson**<br>**236 Jeter Mountain Rd**<br>**Penrose, NC 28766**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **Unknown** |
| 3.255 | **Nonpriority creditor's name and mailing address**<br>**Randy Moore**<br>**813 Rock Quarry Rd**<br>**Yatesville, GA 31097**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **Unknown** |
| 3.256 | **Nonpriority creditor's name and mailing address**<br>**RAYMOND ADAMS**<br>**440 ABBOTT RD**<br>**BARNSVILLE, GA 30204**<br><br>Date(s) debt was incurred _<br><br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Customer - notice purposes__<br><br>Is the claim subject to offset? ☒ No ☐ Yes    **Unknown** |

Debtor    **Evil Offroad LLC**
_____    Case number _(if known)_ _____
Name

| 3.257 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | Unknown |
|---|---|---|---|

3.257 | Nonpriority creditor's name and mailing address
**Rebecca Woodard**
**12182 Caliber Court**
**Jacksonville, FL 32258**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.258 | Nonpriority creditor's name and mailing address
**Richard Foerderer**
**PO 78**
**Moberly Lake BC V0C1X0**
**CANADA**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.259 | Nonpriority creditor's name and mailing address
**Richards Performance Muffler**
**1617 Ord Way**
**Oceanside, CA 92056**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.260 | Nonpriority creditor's name and mailing address
**Ricky Graves**
**1160 Keyes Road**
**Ramona, CA 92065**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.261 | Nonpriority creditor's name and mailing address
**Ricky Pellecchia**
**16025 S Seventh St**
**Phoenix, AZ 85048**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.262 | Nonpriority creditor's name and mailing address
**RIGID LIGHTS**
**779 N COLORADO ST**
**GILBERT, AZ 85233**

Date(s) debt was incurred _
Last 4 digits of account number  **6523**

As of the petition filing date, the claim is: _Check all that apply._    **$1,338.72**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRADE VENDOR**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.263 | Nonpriority creditor's name and mailing address
**Robert Hernandez**
**121 East Route 66**
**Glendora, CA 91740**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: _Check all that apply._    **Unknown**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Evil Offroad LLC**                                                                Case number *(if known)* _____
      Name

| | | |
|---|---|---|
| 3.264 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **Unknown** |

**Rod Olsen**
**1727 Southeast Pine St**
**Hillsboro, OR 97123**

    Date(s) debt was incurred _

    Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Ronnie Johnson**
**476 Oakland Ave**
**Chula Vista, CA 91910**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Russ McMullen**
**780 Timber Ridge Lane**
**Ellijay, GA 30540**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Ryan Pollard**
**2635 Hall Rd**
**Grand Junction, TN 38039**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**SALEH H S ALMUREKHY**
**Street 310 House 7 Block 3 - Nahdha**
**Kuwait City 66450**
**KUWAIT**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Samantha Schank**
**4133 samoset rd**
**Royal oak, MS 48073**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Samuel Fuller**
**45152 Calle Pintoresca**
**Temecula, CA 92590**

    Date(s) debt was incurred _

    Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Evil Offroad LLC**

Name

Case number (if known) _____

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**3.271**

Nonpriority creditor's name and mailing address

**Saul Hernandez**
**1572 Tibidabo Dr**
**Escondido, CA 92027**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.272**

Nonpriority creditor's name and mailing address

**Scott Mocan**
**9591 Anchor Dr**
**Algonac, MI 48001**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.273**

Nonpriority creditor's name and mailing address

**Scott Wilder**
**PO Box 3517**
**Thousand Oaks, CA 91359**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.274**

Nonpriority creditor's name and mailing address

**Seth Krasner**
**22756 Anso**
**Mission Viejo, CA 92691**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.275**

Nonpriority creditor's name and mailing address

**Seth Wagner**
**15492 SE 156th Place Rd**
**Weirsdale, FL 32195**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.276**

Nonpriority creditor's name and mailing address

**Shaun Murphy**
**18 Shepherd Ln Levittown**
**Levittown, NY 11756**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.277**

Nonpriority creditor's name and mailing address

**Silvester Munoz**
**503 E 62nd St**
**Los Angeles, CA 90003**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

| Debtor | **Evil Offroad LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.278** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Skot McConnell
W5469 CR-A
Pickerel, WI 54465

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.279** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$39,946.15**

SQUARE
1455 MARKET ST
SAN FRANCISCO, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CREDIT CARD PROCESSOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.280** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,402.69**

SQUARE
1455 MARKET ST
SAN FRANCISCO, CA 94103

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CREDIT CARD PROCESSOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

STEPHEN CARLTON
303 DRIFTWOOD RD
CORONA DEL MAR, CA 92625

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Steven Leadbetter
751 Dalton Creek Rd
Franklin, NC 28734

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$15,415.80**

STRIPE
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **CREDIT CARD PROCESSOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.284** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **Unknown**

Suki Brah
18521 E Queen Creek Rd #105
Queen Creek, AZ 85142

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Evil Offroad LLC**                                              Case number (if known) _____

      Name

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Taco Clout**
**1301 Long Paw Ln**
**Charlotte, NC 28214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**TacomaBeast**
**16904 Aventura Ave**
**Pflugerville, TX 78660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tadd Thrasher**
**112 General Kelly Avenue**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Taylor Hurst**
**775 Calle Vallarta**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $100.00 |
|---|---|---|---|

**TBW LASER**
**4040 W HACIENDA AVE**
**LAS VEGAS, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **TRADE VENDOR**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas Butts**
**2501 Aspen Drive**
**Alamogordo, NM 88310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas Connolly**
**1236 Heybourne Rd**
**Gardnerville, NV 89410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:**  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____
                        Name

Case number *(if known)* _____

| 3.292 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**THOMAS GLENN**
**3525 LAUREL BAY LOOP**
**ROUND CREEK, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Thomas Kolasinski**
**15491 East Loyola Place**
**Aurora, CO 80013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Titan Motoring**
**4302 Kenilwood Dr**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Tony McCormack**
**Address unknown**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Travis Nguyen**
**13641 Libby Ln**
**Garden Grove, CA 92843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trenton Mancha**
**10722 Arrow Rte #708**
**Rancho Cucuamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|---|

**Trevor Brown**
**953 Hornsby Dr**
**Franklin, TN 37064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Evil Offroad LLC**
_____
Name    Case number (if known) _____

| | | |
|---|---|---|
| 3.299 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tye Tolentino**
**571 Seastorm Dr**
**Redwood City, CA 94065**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Tyler Turk**
**6702 N 36th Street**
**Phoenix, AZ 85018**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Victor Lopez**
**6051 Business Center Court # 4-640**
**San Diego, CA 92154**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Victor Serrano**
**323 E Alvin**
**Santa Maria, CA 93454**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Vince Huerta**
**12392 El Rey Pl**
**Garden Grove, CA 92840**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Vinny Furtado**
**3410 E SALISBURY CIR UNIT C**
**ORANGE, CA 92869**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

| | | |
|---|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** | **Unknown** |

**Vivid Racing**
**1429 W Scott Ave**
**Gilbert, AZ 85233**

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Evil Offroad LLC**            Case number (if known) _____
<br>Name

---

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Vladimir Borowitz**
**4071 Foxgrove Drive**
**Las Vegas, NV 89147**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $354.46 |
|---|---|---|---|

**WASTE CONNECTIONS - PAHRUMP**
**VALLEY DISPO**
**PO BOX 1268**
**PAHRUMP, NV 89041**

Date(s) debt was incurred _

Last 4 digits of account number  **9187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **TRASH**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wesley Gill**
**1412 Dory Lane**
**Irving, TX 75061**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Will Buan**
**7578 Luna Bella Ave**
**Las Vegas, NV 89179**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Will Marshal**
**Address unknown**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**William Bond**
**2739 N Terrace Cir**
**Mesa, AZ 85203**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | Unknown |
|---|---|---|---|

**Wyatt Ward**
**27648 Spandau Dr**
**Santa Clarita, CA 91350**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer - notice purposes**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Evil Offroad LLC**                                              Case number (if known) _____
_____
Name

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Yu Cheng Wang**
**6705 NE 79th Court Ste 2**
**Portland, OR 97218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**Zach Kaplan**
**5715 Emerson Ct**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **Unknown** |
|---|---|---|---|

**ZACHERY CULLEN**
**39849 GOLFERS DRIVE**
**PALMDALE, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim:  **Customer - notice purposes**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |
|---|---|

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **PAHRUMP LANDS, LLC**<br>**7475 W. Sahara Ave #100**<br>**Las Vegas, NV 89117** | Line  **3.247**<br><br>☐ Not listed. Explain ____ | _ |

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |
|---|---|

5. Add the amounts of priority and nonpriority unsecured claims.

|  |  |  | **Total of claim amounts** |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | **0.00** |
| 5b. Total claims from Part 2 | 5b. + | $ | **118,900.14** |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | **118,900.14** |

**Fill in this information to identify the case:**

Debtor name      **Evil Offroad LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*     *Property*
(Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest     **Commercial building lease** | |
| State the term remaining | **Pahrump Lands, LLC** **Attn: Manager** **1490 Center Crossing Rd** **Las Vegas, NV 89144** |
| List the contract number of any government contract _____ | |

**Fill in this information to identify the case:**

Debtor name    **Evil Offroad LLC**

United States Bankruptcy Court for the:    DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                    12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

■ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
☐ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**                                    *Column 2:* **Creditor**

| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
|---|---|---|---|---|
| 2.1 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.2 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.3 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |
| 2.4 | | Street<br><br>City    State    Zip Code | | ☐ D<br>☐ E/F<br>☐ G |

**Fill in this information to identify the case:**

Debtor name **Evil Offroad LLC**

United States Bankruptcy Court for the: DISTRICT OF NEVADA

Case number (if known)

☐ Check if this is an
amended filing

Official Form 207

## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

### Part 1:    Income

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
   |---|---|---|
   | From the beginning of the fiscal year to filing date:<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | $790,710.16 |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
   |---|---|---|

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>Check all that apply |
   |---|---|---|---|---|
   | 3.1. | **Pahrump Lands, LLC**<br>**Attn: Manager**<br>**1490 Center Crossing Rd**<br>**Las Vegas, NV 89144** | **Monthly lease payments to landlord** | $11,100.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial lease** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership

| Debtor | Evil Offroad LLC | Case number *(if known)* |
|---|---|---|

debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5.  **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6.  **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

## Part 3:    Legal Actions or Assignments

7.  **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

8.  **Assignments and receivership**
   List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:    Certain Gifts and Charitable Contributions

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

## Part 5:    Certain Losses

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

Debtor **Evil Offroad LLC** _____    Case number *(if known)* _____

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| **Two break-ins over the last six months** | **Debtor property/parts/equipment Also customer vehicles stolen** | **July 2024 and December 2024** | **$40,000.00** |

### Part 6:    Certain Payments or Transfers

11. **Payments related to bankruptcy**
    List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

    ☐ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|
| 11.1.  **Atkinson Law d/b/a DebtBlasters**<br>**376 E Warm Springs Rd Suite 130**<br>**Las Vegas, NV 89119** | **Attorney Fees** | **December 18 and 23, 2024** | **$2,000.00** |
| Email or website address<br>**bknotices@nv-lawfirm.com** | | | |
| **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

    ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

    ■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

### Part 7:    Previous Locations

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

    ☐ Does not apply

| Address | Dates of occupancy<br>From-To |
|---|---|

Debtor    **Evil Offroad LLC**                                      Case number *(if known)*

| Address | Dates of occupancy From-To |
|---|---|
| 14.1. **800 Margaret St Bldg 2** **Pahrump, NV 89048** | |

<hr>

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If  debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:    Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

**Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   **Evil Offroad LLC**                                        Case number *(if known)*  _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

---

| **Part 11:** | **Property the Debtor Holds or Controls That the Debtor Does Not Own** |
|---|---|

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of the property | Describe the property | Value |
|---|---|---|---|
| **Various customer vehicles and parts** | **800 Margaret St Bldg 2<br>Pahrump, NV 89048** | **Customer vehicles and parts that were dropped off at (or shipped to) the shop so that Debtor could work on them (off-road customizations etc.). These vehicles and parts are not Debtor's property.** | **Unknown** |

---

| **Part 12:** | **Details About Environment Information** |
|---|---|

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

| **Part 13:** | **Details About the Debtor's Business or Connections to Any Business** |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**

Debtor   **Evil Offroad LLC**                                           Case number *(if known)*

List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|
| | | |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Arthur Fishman**<br>**Fishman Levine and Associates**<br>**PO Box 27913**<br>**Anaheim, CA 92809** | |
| 26a.2.    **Misty Parks**<br>**5881 Alfano Ave**<br>**Pahrump, NV 89061** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

■ None

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.    **Arthur Fishman**<br>**Fishman Levine and Associates**<br>**PO Box 27913**<br>**Anaheim, CA 92809** | |
| 26c.2.    **Misty Parks**<br>**5881 Alfano Ave**<br>**Pahrump, NV 89061** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.    **Wells Fargo Bank**<br>**420 Montgomery Street**<br>**San Francisco, CA 94104** |
| 26d.2.    **Paypal**<br>**9690 Deerco Rd Suite 110**<br>**Lutherville Timonium, MD 21093** |
| 26d.3.    **Square** |

Debtor    **Evil Offroad LLC**                                    Case number *(if known)*

| Name and address |
|---|
| 26d.4.    **Stripe** |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☑ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

**28.** List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Douglas Parks | 5881 Alfano Ave Pahrump, NV 89061 | Managing Member | 50% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Misty Parks | 5881 Alfano Ave Pahrump, NV 89061 | Member | 50% |

**29.** Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☑ No

☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

☑ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Misty Parks** 5881 Alfano Ave Pahrump, NV 89061 | **Maybe $2500 total for the year** | **Various** | **Managment services** |
| | **Relationship to debtor** 50% owner | | | |
| 30.2. | **Douglas Parks** 5881 Alfano Ave Pahrump, NV 89061 | **No more than $5,000 total for the year** | **Various** | **Management services** |
| | **Relationship to debtor** 50% owner | | | |

**31.** Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

Debtor **Evil Offroad LLC** _____    Case number *(if known)* _____

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|
| | |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|
| | |

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **December 25, 2024** _____

**/s/ Douglas Parks** _____          **Douglas Parks** _____
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor   **Member** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

■ No
☐ Yes

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## District of Nevada

In re  **Evil Offroad LLC** _____

_____  Case No. _____
Debtor(s)                          Chapter  **7**  _____

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **2,000.00** |
| Prior to the filing of this statement I have received | $ | **2,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

    ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

    ■ Debtor    ☐ Other (specify):

4.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
    b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
    c.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    d.  [Other provisions as needed]
        **Per fee agreement.**

6.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
        **Per fee agreement.**

---

### CERTIFICATION

I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**December 25, 2024** _____        **/s/ Robert E. Atkinson** _____
_Date_                                           **Robert E. Atkinson 9958**
                                                 _Signature of Attorney_
                                                 **Atkinson Law d/b/a DebtBlasters**
                                                 **376 E Warm Springs Rd Suite 130**
                                                 **Las Vegas, NV 89119**
                                                 **(702) 614-0600**
                                                 **bknotices@nv-lawfirm.com**
                                                 _Name of law firm_

# United States Bankruptcy Court
## District of Nevada

In re   **Evil Offroad LLC**

                                  Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **December 25, 2024**

**/s/ Douglas Parks**

**Douglas Parks**/**Member**
Signer/Title

Evil Offroad LLC
5881 Alfano Ave
Pahrump, NV 89061

Robert E. Atkinson
Atkinson Law d/b/a DebtBlasters
376 E Warm Springs Rd Suite 130
Las Vegas, NV 89119

Abdullah Alakkas
151 N Fair Oaks Ave #2106
Pasadena, CA 91103

Abdullah Hanafi
15 Boulden Circle Ste 100
New Castle, DE 19726

Adam Bielanski
717 Ponderosa Way
Madera, CA 93636

Adam Loomis
4882 Santenay Lane
Sparks, NV 89436

Aftermarket HQ LV
4040 W Hacienda Ave # 100
Las Vegas, NV 89118

Agustin Garcia
213 Tuscany Avenue
Greenfield, CA 93927

Alberto Holguin
20622 W Daniel Pl
Buckeye, AZ 85396

Alex Tribuzio
8 Jackie Jo Jct
Bozeman, MT 59718

Alexander Reginato
158 Kinman Ave
Goleta, CA 93117

Alexander Vergara
318 S Lemon St
Anaheim, CA 92805

Anderson Ford
3601 N Stockton Hill Rd
Kingman, AZ 86409

Andre Benguerel
85 Mount Rainier Dr
San Rafael, CA 94903

Andrew Clum
1642 Debann Road
Encinitas, CA 92007

Andrew Gerardo
8115 Woolburn Dr
Huntington Beach, CA 92646

Andrew Marmaud
2420 W Gramercy Ave
Anaheim, CA 92801

Andrew Rodriguez
14515 Hillsdale St
Chino, CA 91710

ANDY JANSSEN
20401 KEOLA LN NORTH
FT MYERS, FL 33917

Anthony Cantu
1319 Tabor Ln
Le Verne, CA 91750

Anthony Dinero
8671 East 40th Lane
Yuma, AZ 85365

Anthony Fonbuena
32495 Prrigord Road
Winchester, CA 92596

Anthony Mateo
199 Central Park Square  #489
Los Alamos, NM 87544

Anthony Montoya
9222 New Forest Rd
Spring, TX 77379

Armondo Briones-T
2269 Wayne Street
Lake Station, IN 46405

ASPEN CHOURNOS
6199 SOUTH DELDA DR
ST GEORGE, UT 84790

Avalyn Gerlach
1635 Corte Orchidia
Carlsbad, CA 92011

AXE EXTERMINATORS
PO BOX 2383
PAHRUMP, NV 89041

BAJA DESIGNS
2950 NORMAN STRASSE RD
SAN MARCOS, CA 92069

BALBOA CAPITAL
Acct No xx8690
575 ANTON BLVD
COSTA MESA, CA 92626

BART MUELLER
311 NORTH FM 730
DECATUR, TX 76234

Bay Area Raptor Repair
1500 Third Ave
Walnut Creek, CA 94597

Baylee Bettencourt
12385 Road 96
Tipton, CA 93272

Boyd Layton
12212 N 36th Place
Phoenix, AZ 85032

Brandon Lareau
111 Northwest 16th St
Corvallis, OR 97330

Brandon Ramirez
15740 S Camino Oculi
Sahuarita, AZ 85629

Brandon Schraub
4137 COUNTY ROAD 617
Hamilton, TX 76531

Braydon Webb
Address unknown

Brendan Kelly
6262 Altamar Cir
Livermore, CA 94551

Bret Robinson
1190 North Intake Blvd
Blythe, CA 92225

Brian Highfield
4311 7th Ave
Chattanooga, TN 37407

Brian Solidum
465 Gallagher Dr
Benicia, CA 94510

Bryant Parker
12527 W 85th Circle
Arvada, CO 80005

Bryce Ford
2788 Jay Bird Ln
Springtown, TX 76082

Caleb Heeres
8870 Moonlight Drive
Zeeland, MI 49464

Caleb Mcandrews
28990 Bonita Vista Road 653
Mountain Center, CA 92561

Carl Derksen
1609 hwy. 32 north
Walhalla, ND 58282

Carsen Richards
20613 N 63rd Dr
Glendale, AZ 85308

Cesar Ramos
964 Nantucket Blvd
Salinas, CA 93906

Charlie Gargiulo
2077 Misty Hollow Drive
Wall Township, NJ 07719

Chase DSD
432 South Cottonwood Lane
Blythe, CA 92225

Chase Laub
400 Quaking Aspen Drive
Duck Creek Village, UT 84762

Chase Mault
32955 Cole Grade Road
Valley Center, CA 92082

Chris Grigereit
Address unknown

Cody Evans
2705 River Bend Trail
Flower Mound, TX 75022

Colby Schwenson
5439 Bonfair Avenue
Lakewood, CA 90712

Cole Asakowicz
4309 Costa Espuma
San Clemente, CA 92673

Connor OBryant
11223 West Golden Lane
Peoria, AZ 85345

Connor Wright
26955 Fayence Dr
Murrieta, CA 92562

Craig Clark
Address unknown

Cristian Gomez
10002 W Miami St
Tolleson, AZ 85353

DALTON ROWELL
1255 INCHON ST
JACKSONVILLE, NC 28544

Darren Irving
14582 Brayman Rd Ste 232
Moran, WY 83013

Dave Jensen
4320 Harbour Cove Ct
Alpharetta, GA 30005

David Allen
8754 E Monmouth Pl
Denver, CO 80237

David Barr
14081 Vai Brothers Drive
Rancho Cucamonga, CA 91739

David Levett
1003 Industrial Way
Squamish BC V8B 0H1
CANADA

David Ortiz
3060 Porter St
Soquel, CA 95073

David Pharis
27158 Bidwell Ln
Valencia, CA 91354

David Thompson
7210 N Joanna Dr
Coeur d'Alene, ID 83815

David Tsang
11418 Donneymoor Dr
Riverview, FL 33569

David Vasquez
5702 Vonnie Lane
Cypress, CA 90630

Dawson Garbett
17652 w fetlock trail
Surprise, AZ 85387

DEAN PATTISSON
422 S. Morningside St.
Wichita, KS 67218

DEAVER SUSPENSION
902 E 2ND ST
SANTA ANA, CA 92701

Dennis Amodio
12324 SW 94TH PLACE
MIAMI, FL 33176

Dennis Buschbaum
124 Yeary Ln
Aledo, TX 76008

Derick Schmid
2907 Holcomb Creek Place
Ontario, CA 91761

Devin Smith
11653 Riverside Dr Suite 153
Lakeside, CA 92040

Devon Sutton
23911 Bough Ave
Mission Viejo, CA 92691

Dirt King Fabrication
7149 Mission Gorge Rd
San Diego, CA 92120

Dominic Alonso
5229 Maryland Avenue Unit A
Glendale, CA 91214

Dominic Ferrari
16350 Ridgecrest Ave
Monte Sereno, CA 95030

Donald Parco
1130 Arbolita Dr
La Habra, CA 90631

Donny Tolson
34131 Silktassel Road
Lake Elsinore, CA 92532

Donovan Hughes
717 N Glen Oaks Dr
Alpine, CA 91901

Drake Denham
2504 E. Maddox Rd
Buford, GA 30519

Dustin Liebenthal
6985 WI-33
Allenton, WI 53002

Dylan Bracci
210 E Gladstone St
San Dimas, CA 91773

Dylan Johnson
1900 Scarlet Sage Lane
Laurel, MT 59044

Dylan Keller
73 Bridge Street
Mount Jewett, PA 16740

Edgar Henriquez
250 Walnut Village Ln
Henderson, NV 89012

Edward Ibarra
2364 Paseo de las Americas 104 1811
San Diego, CA 92154

Eric Appelwick
4897 Miller Trunk Hwy Suite 224
Hermantown, MN 55811

Eric Dominguez
2901 S Enchanted Hills Dr
Tucson, CA 85713

Eric Ounthouang
27133 Montana Pass
San Antonio, TX 78260

Eric Payne
22909 Anza Ave.
Torrance, CA 90505

Eric Peters
970 Ottinger Road
Keller, TX 76262

Eric Sandoval
15399 W. 75th Place
Arvada, CO 80007

Eric Waite
721 Louisiana Avenue
Corpus Christi, TX 78404

Ethan Jones
11558 BALD EAGLE LN
DESERT HOT SPRINGS, CA 92240

Ethan Mullani
9123 Crown Jewel Drive
Richmond, TX 77469

EVAN GORMAN
4546 ARBORETUM CIRCLE
NAPLES, FL 34112

Faisal Alfawzan
Hosenah House 4
Riyadh 13315
SAUDI ARABIA 13315

FASS Motorsports
16234 State Highway O
Marthasville, MO 63357

FDS HOLDINGS
Acct No xxxx4277
255 FISERV DR
BROOKFIELD, WI 53045

FEDEX
Acct No xxxxx5296
3965 AIRWAYS MODULE G
MEMPHIS, TN 38116

Fernando Silva
150 Vega Drive
Goleta, CA 93117

FINANCIAL PACIFIC LEASING
Acct No xxx-xxxxxx7-501
3455 S 344TH WAY
FEDERAL WAY, WA 98001

Fisher Plucinsky
1800 Roadrunner Ln
Chino Valley, AZ 86323

Fontana Tire Center
17890 Foothill Blvd
Fontana, CA 92335

Franco Ibarra
6026 North 124th Drive
Litchfield Park, AZ 85340

FRANK ALARID
Address unknown

Gabriel Delosreyes
18895 Boulder Ave
Riverside, CA 92508

Gabriel Mafud
591 Telegraph Canyon Rd 742
Chula Vista, CA 91910

Garrett Spicer
2421 Haller St
San Diego, CA 92104

GAS PEDAL INDUSTRIES
13129 KUYKENDAHL RD
HOUSTON, TX 77090

Geoff Aiken
13300 Hugh Graham Rd NE
Albuquerque, NM 87111

George Manuel
1148 Richard Lane
Honolulu, HI 96819

GNC CUSTOMS
2626 PEDDLERS VILLAGE RD
GOSHEN, IN 46526

Greg Kishiyama
11119 Franklin Ave
Culver City, CA 90230

GUMARO RESENDIZ
2530 HAMMOND
CUMMING, GA 30040

Gustavo Gallardo
10109 Mansel Ave
Inglewood, CA 90304

H&W Offroad
621 Columbus Pkwy
Opelika, AL 36801

Hammer Performance
2000 Appaloosa Dr
Sunland Park, NM 88063

Hamzah Hezam
Ibn Al Ameed Street
Dhahran, Eastern Province 34245
SAUDI ARABIA

Hands on Technologies, LLC
30 N Gould St Ste 22023
Sheridan, WY 82801

Harrison Williams
5536 Waneta Pl
Sarasota, FL 34232

Harvey Flores
1344 S Ross St
Santa Ana, CA 92707

Hector Lujan jr
1271 Hollister Street
San Diego, CA 92154

Hudson Sanford
711 Cole Ave PH21
Los Angeles, CA 90038

Hugh Westerkamp
707 Nacional Ct
Salinas, CA 93901

Hunter Welles
2230 NW Eastes St
Bend, OR 97703

INEXPRESS
10619 S JORDAN GATEWAY
SOUTH JORDAN, UT 84095

Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA 19101-7346

Jack Ciattarelli
Oak Point Lane
Watertown, NY 13601

Jack Gore
20172 S New Britain Ln
Huntington Beach, CA 92646

Jack Watterson
10328 SW Siletz Dr
Tualatin, OR 97062

Jackson Miller
14803 Bulverde Rd.
San Antonio, TX 78247

Jacob Calderon
1711 Boyd Ave
Corona, CA 92881

Jacob Canterberry
120 Village Cir.
Harpers Ferry, WV 25425

Jacob Prast
7020 N 183rd Ave
Waddell, AZ 85355

Jacob Sleeth
28551 Rancho Grande
Laguna Nigel, CA 92677

Jacob Viramontes
911 6th St
Ramona, CA 92065

Jamal Accra
1069 East Periwinkle Way
Gilbert, AZ 85297

James Brown
30653 Noble Ct
Homeland, CA 92548

James ODonnell
222 N Henry St
Brooklyn, NY 11222

James Oshea
153 South Sierra #1811
Solana Beach, CA 92075

Jared Goldsmith
209 Fig Ave
Brea, CA 92821

Jarrod Yuchno
42525 Morning Dew Court
Murrieta, CA 92562

Jason Davis
126 Hall Dr S
Montgomery, TX 77316

Jason McClintock
1824 Asoka St
Strasburg, CO 80136

Jason Wood
11777 Gayview Dr
La Mirada, CA 90638

Jay Gauthier
631 West Foothill Blvd #25
Glendora, CA 91741

Jaydon Lewis
1617 Clydesdale Dr
Lewisville, TX 75067

Jeff Mandel
2539 E Indian School Rd
Phoenix, AZ 85016

Jeff Stull
3689 Stone Rd NE
Solon, IA 52333

Jeremiah Maloney
41327 Cresta Verde Ct
Temecula, CA 92592

Jerry Seagreaves
500 Harn Ranch Rd
Soquel, CA 95073

Jesse Barron
2405 Shasta drive
San Bernardino, CA 92404

Jimmy Gonzalez
2741 Heron Lane
Camino, CA 95709

Joe Weston
510 La Costa Avenue
Encinitas, CA 92024

Joey Trimarchi
29018 Mirada Circulo
Santa Clarita, CA 91354

John Coates
16800 Bealle Hill Force Lane
Accokeek, MD 20607

John De Lay
109 Old Avery Dr
Canton, GA 30115

John Goodrich
543 Rocking Horse Drive
Chula Vista, CA 91914

JOHN HARLEY
406 CONSTITUTION BLVD
NEW BRIGHTON, PA 15066

JOHN HAUENSTEIN
19746 BUCK CANYON RD
BEND, OR 97702

John Miali
4339 E Ruth Place
ORANGE, CA 92869

John Tevelde
322 North Gates Street
Syracuse, KS 67878

Johnathan Panamaroff
20401 Soledad Canyon Road
Santa Clarita, CA 91351

Jon Mader
12482 W Hidden Point Dr
Star, ID 83669

Jon Paul Ugay
Address unknown

Jonathan Dekiewit
PO Box 542
Clearwater, FL 33757

Jonathan Summers
1988 Little Black Creek Road
Lumberton, MS 39455

JORDAN BROWN
3119 NORTH JACKSON AVE
TUCSON, AZ 85730

Jordan Hewlett
1344 Disc Drive
Sparks, NV 89436

Jose Antonio Elguea
14087 Pebble Hills Boulevard
El Paso, TX 79938

Jose De Dios
350 W Sante Fe Ave
Placentia, CA 92870

Jose M Machado
163 Lindell Ave
El Cajon, CA 92020

Jose Ramos
14910 Redwood Ln
Chino Hills, CA 91709

Jose Reyna
1228 South Almond Avenue
Ontario, CA 91762

Jose Velazquez
254 Sunny Meadow Dr
Bakersfield, CA 93308

Joseph Avila
16040 S 17th Ln
Phoenix, AZ 85045

Joseph Cuevas
16497 North Woodson Drive
Ramona, CA 92065

Joseph Lujan
15541 Ramona Ave
Fontana, CA 92336

JOSH BARENG
10 ROSSEAU RD
ONTARIO M3H 3G2
CANADA

Joshua Pickens
3854 Bluebird Canyon Ct
Vista, CA 92084

Joshua Skenes
1177 Sherwood Rd
San Marino, CA 91108

Juan Carlos Gutierrez
13631 Harbor Blvd
Garden Grove, CA 92843

JUAN GONZALEZ
807 SPATES ST
CHANNELVIEW, TX 77530

JUAN GONZALEZ
6820 SANTA FE CIRCLE
EVANSVILLE, WY 82636

Juan Guiterrez
1958 Glendora Way
Salinas, CA 93906

Julio Torres
1130 W 2nd St
Santa Ana, CA 92703

Julius Scott
2561 Northwest 115th Drive
Coral Springs, FL 33065

Justin Turtzer
3235 E Midsummer Privado Unit 4
Ontario, CA 91762

Kaden Jung
23530 Ladeene Avenue
Torrance, CA 90505

Kaden Wheat
3524 Graysby Ave
San Pedro, CA 90732

Kalani Cecil
28639 Bridge Water Lane
Menifee, CA 92584

Kama Kobayashi
PO Box 1018
Kamuela, HI 96743

Karim Sanford
4521 San Felipe st
Houston, TX 77027

Katie Marquez
15148 Method Ave
El Paso, TX 79938

KENDRICK ALLEN
1008 SOQUEL AVE
SANTA CRUZ, CA 95062

Kyle Albritton
11 Hawthorne Hollow Cir
The Woodlands, TX 77384

Kyle Campagne
10904 Sutter Ct
Rancho Cucamonga, CA 91701

Kyle Kovacs
215 North Gladys Street
Leesville, LA 71446

LAVA GEL INC - PATTERSON FABRICATION
2581 EAST GAMEBIRD RD
PAHRUMP, NV 89048

LAWSON PRODUCTS
8770 WEST BRYN MAWR
CHICAGO, IL 60631

Logan Kalana
2645 Elizabeth Pkwy
Fallon, NV 89046

Logan Plemons
P.O. Box 2433
Crestline, CA 92325

Luis Flores
3656 South Bronson Lane
Tucson, AZ 85713

Mario Ramirez
41297 Pine Ave
Greenfield, CA 93926

Martin Nunez
15512 S. Stanford Ave
Compton, CA 90220

Mason Hall
850 Maplewood Avenue
Newbury Park, CA 91320

Matt Closson
17269 Leisure Lake Drive
Monument, CO 80132

Matthew Barrett
112 Rock Knoll Street
Liberty Hill, TX 78642

Matthew Hall
8792 Hebrides Dr
San Diego, CA 92126

Mauricio Miranda
167 N Millbrook St
Aurora, CA 80018

Max Ramos
9621 Cliff View Way
Las Vegas, NV 89117

Mayhem Offroad LLC
32955 Cole Grade Rd
Valley Center, CA 92082

Mcclaine Cantrell
3936 Elm Avenue
Long Beach, CA 90807

Michael Alfaro
1209 Holland Oaks Dr
China Grove, NC 28023

Michael Carbajal
12401 Pino Ave NE
Albuquerque, NM 87122

Michael Madriz
401 S Clymar Ave
Compton, CA 90220

Michael Robinson
1116 Linken Ave
Mobile, AL 36609

Miguel Quintanilla
2018 West Ann Arbor Street
Harlingen, TX 78552

Mike Calamba
3333 Vista Meadows Dr
Concord, CA 94565

Mike Lee
542 Canvasback Ct
Vacaville, CA 95687

Mike Starr
501 Auburn Way N
auburn, WA 98001

Mishal Alshudukhi
182-21 150th Avenue
Springfield Gardens, NY 11413

Moises Martinez
Address unknown

Moises Villalba
28844 Mohogany Trail Ways
Menefee, CA 92584

Natalie Bowling
2325 Orchard Circle Dr
Traverse City, MI 49686

Nate Hellman
373 County Road 432
Dayton, TX 77535

Nathan Casalman
250 North Linden Avenue 65
Rialto, CA 92376

Nathan Siniscalchi
18512 Arbor Gate Lane
Yorba Linda, CA 92886

Nathaniel Callahan
160 Pacos Street
Ventura, CA 93001

Nevada Dept of Taxation
Attn: Bankruptcy
3850 Arrowhead Drive
Carson City, NV 89706

Nevada DETR
Attn: Bankruptcy
500 East Third Street
Carson City, NV 89713

NGUYEN VO
14794 BLOSSOM LANE
WESTMINSTER, CA 92683

Nicholas Frappier
32074 Apple Valley Rd
Scappoose, OR 97056

Nicholas Galecka
23100 E 160th Ave
Brighton, CO 80603

Nicholas Morgan
302 Lake Terrace
Rockwall, TX 75087

Nick Garcia
911 Vineyard Vine Way
North Las Vegas, NV 89032

Nirmal Patel
11032 Bermuda St
Cerritos, CA 90703

Noah Dupleich
1972 Old Cedars Road
Cle Elum, WA 98922

Noah Sledge
1332 Bridge Water Creek
Bishop, GA 30621

Nye County Tax Assessor
101 Radar Rd
Tonopah, NV 89049

Off Road Warehouse
26901 Jefferson Ave
Murrieta, CA 92562

Omar Mandujano
1983 Whitney Way
El Centro, CA 92243

Orlan Cox
8355 Cost Ave
Stonewood, WV 26301

Orlando Cano
52790 Avenita Navarro
La Quinta, CA 92253

PAHRUMP LANDS, LLC
1490 CENTER CROSSING RD
LAS VEGAS, NV 89144

PAHRUMP LANDS, LLC
7475 W. Sahara Ave #100
Las Vegas, NV 89117

Pahrump Lands, LLC
Attn: Manager
1490 Center Crossing Rd
Las Vegas, NV 89144

Patrick Rogers
25359 Atlantic St
Accomac, VA 23301

Paul Strauss
631 S Schug St
Orange, CA 92869

PERFORMANCE OVERNIGHT, LLC
1 WEST EXCHANGE ST
PROVIDENCE, RI 02903

POWDER COATING PLUS
5325 S VALLEY VIEW
LAS VEGAS, NV 89118

PRIORITY-1, INC
401 W CAPITAL AVE
LITTLE ROCK, AR 72201

Quinn Vereker
2631 Davis Ave
Carlsbad, CA 92008

Rachel Ferguson
236 Jeter Mountain Rd
Penrose, NC 28766

Randy Moore
813 Rock Quarry Rd
Yatesville, GA 31097

RAYMOND ADAMS
440 ABBOTT RD
BARNSVILLE, GA 30204

Rebecca Woodard
12182 Caliber Court
Jacksonville, FL 32258

Richard Foerderer
PO 78
Moberly Lake BC V0C1X0
CANADA

Richards Performance Muffler
1617 Ord Way
Oceanside, CA 92056

Ricky Graves
1160 Keyes Road
Ramona, CA 92065

Ricky Pellecchia
16025 S Seventh St
Phoenix, AZ 85048

RIGID LIGHTS
Acct No xxx xxxx6523
779 N COLORADO ST
GILBERT, AZ 85233

Robert Hernandez
121 East Route 66
Glendora, CA 91740

Rod Olsen
1727 Southeast Pine St
Hillsboro, OR 97123

Ronnie Johnson
476 Oakland Ave
Chula Vista, CA 91910

Russ McMullen
780 Timber Ridge Lane
Ellijay, GA 30540

Ryan Pollard
2635 Hall Rd
Grand Junction, TN 38039

SALEH H S ALMUREKHY
Street 310 House 7 Block 3 - Nahdha
Kuwait City 66450
KUWAIT

Samantha Schank
4133 samoset rd
Royal oak, MS 48073

Samuel Fuller
45152 Calle Pintoresca
Temecula, CA 92590

Saul Hernandez
1572 Tibidabo Dr
Escondido, CA 92027

Scott Mocan
9591 Anchor Dr
Algonac, MI 48001

Scott Wilder
PO Box 3517
Thousand Oaks, CA 91359

Seth Krasner
22756 Anso
Mission Viejo, CA 92691

Seth Wagner
15492 SE 156th Place Rd
Weirsdale, FL 32195

Shaun Murphy
18 Shepherd Ln Levittown
Levittown, NY 11756

Silvester Munoz
503 E 62nd St
Los Angeles, CA 90003

Skot McConnell
W5469 CR-A
Pickerel, WI 54465

```
SQUARE
1455 MARKET ST
SAN FRANCISCO, CA 94103

SQUARE
1455 MARKET ST
SAN FRANCISCO, CA 94103

STEPHEN CARLTON
303 DRIFTWOOD RD
CORONA DEL MAR, CA 92625

Steven Leadbetter
751 Dalton Creek Rd
Franklin, NC 28734

STRIPE
354 OYSTER POINT BLVD
SOUTH SAN FRANCISCO, CA 94080

Suki Brah
18521 E Queen Creek Rd #105
Queen Creek, AZ 85142

Taco Clout
1301 Long Paw Ln
Charlotte, NC 28214

TacomaBeast
16904 Aventura Ave
Plfugerville, TX 78660

Tadd Thrasher
112 General Kelly Avenue
Henderson, NV 89011

Taylor Hurst
775 Calle Vallarta
San Clemente, CA 92673

TBW LASER
4040 W HACIENDA AVE
LAS VEGAS, NV 89118

Thomas Butts
2501 Aspen Drive
Alamogordo, NM 88310

Thomas Connolly
1236 Heybourne Rd
Gardnerville, NV 89410

THOMAS GLENN
3525 LAUREL BAY LOOP
ROUND ROCK, TX 78681
```

```
Thomas Kolasinski
15491 East Loyola Place
Aurora, CO 80013

Titan Motoring
4302 Kenilwood Dr
Nashville, TN 37204

Tony McCormack
Address unknown

Travis Nguyen
13641 Libby Ln
Garden Grove, CA 92843

Trenton Mancha
10722 Arrow Rte #708
Rancho Cucuamonga, CA 91730

Trevor Brown
953 Hornsby Dr
Franklin, TN 37064

Tye Tolentino
571 Seastorm Dr
Redwood City, CA 94065

Tyler Turk
6702 N 36th Street
Phoenix, AZ 85018

Victor Lopez
6051 Business Center Court # 4-640
San Diego, CA 92154

Victor Serrano
323 E Alvin
Santa Maria, CA 93454

Vince Huerta
12392 El Rey Pl
Garden Grove, CA 92840

Vinny Furtado
3410 E SALISBURY CIR UNIT C
ORANGE, CA 92869

Vivid Racing
1429 W Scott Ave
Gilbert, AZ 85233

Vladimir Borowitz
4071 Foxgrove Drive
Las Vegas, NV 89147
```

```
WASTE CONNECTIONS - PAHRUMP VALLEY DISPO
Acct No xxxx-xxx9187
PO BOX 1268
PAHRUMP, NV 89041

Wesley Gill
1412 Dory Lane
Irving, TX 75061

Will Buan
7578 Luna Bella Ave
Las Vegas, NV 89179

Will Marshal
Address unknown

William Bond
2739 N Terrace Cir
Mesa, AZ 85203

Wyatt Ward
27648 Spandau Dr
Santa Clarita, CA 91350

Yu Cheng Wang
6705 NE 79th Court Ste 2
Portland, OR 97218

Zach Kaplan
5715 Emerson Ct
Agoura Hills, CA 91301

ZACHERY CULLEN
39849 GOLFERS DRIVE
PALMDALE, CA 93551
```

## United States Bankruptcy Court
### District of Nevada

In re    **Evil Offroad LLC**

Debtor(s)

Case No.

Chapter    **7**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **Evil Offroad LLC**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**December 25, 2024**

Date

**/s/ Robert E. Atkinson**

**Robert E. Atkinson 9958**

Signature of Attorney or Litigant

Counsel for    **Evil Offroad LLC**

**Atkinson Law d/b/a DebtBlasters**
**376 E Warm Springs Rd Suite 130**
**Las Vegas, NV 89119**
**(702) 614-0600**
**bknotices@nv-lawfirm.com**