United States Bankruptcy Court
District of Nevada

| | |
|---|---|
| In re: | Case No. 24-16738-nmc |
| EVIL OFFROAD LLC | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0978-2 | User: admin | Page 1 of 1 |
| Date Rcvd: Dec 26, 2024 | Form ID: 309C | Total Noticed: 4 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 28, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | EVIL OFFROAD LLC, 5881 ALFANO AVE, PAHRUMP, NV 89061-7036 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | | Email/Text: robert@nv-lawfirm.com | Dec 27 2024 01:44:00 | ROBERT E. ATKINSON, ATKINSON LAW ASSOCIATES LTD, 376 E. WARM SPRINGS RD SUITE 130, LAS VEGAS, NV 89119 |
| tr | + | EDI: BBDSHAPIRO.COM | Dec 27 2024 06:43:00 | BRIAN D. SHAPIRO, 510 S. 8TH STREET, LAS VEGAS, NV 89101-7003 |
| ust | + | Email/Text: USTPRegion17.LV.ECF@usdoj.gov | Dec 27 2024 01:44:00 | U.S. TRUSTEE - LV - 7, 300 LAS VEGAS BOULEVARD, SO., SUITE 4300, LAS VEGAS, NV 89101-5803 |

TOTAL: 3

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 28, 2024                    Signature:          /s/Gustava Winters

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | EVIL OFFROAD LLC<br>Name | EIN: | 93–2908301 |
| United States Bankruptcy Court | District of Nevada | Date case filed for chapter: | 7   12/25/24 |
| Case number: | 24–16738–nmc | | |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline       10/20

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at https://pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| 1. | **Debtor's full name** | EVIL OFFROAD LLC | |
|---|---|---|---|
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 5881 ALFANO AVE<br>PAHRUMP, NV 89061 | |
| 4. | **Debtor's attorney**<br>Name and address | ROBERT E. ATKINSON<br>ATKINSON LAW ASSOCIATES LTD<br>376 E. WARM SPRINGS RD SUITE 130<br>LAS VEGAS, NV 89119 | Contact phone (702) 614 0600<br><br>Email: robert@nv–lawfirm.com |
| 5. | **Bankruptcy trustee**<br>Name and address | BRIAN D. SHAPIRO<br>510 S. 8TH STREET<br>LAS VEGAS, NV 89101 | Contact phone (702) 386–8600 |
| 6. | **Bankruptcy clerk's office**<br><br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at https://pacer.uscourts.gov. | 300 Las Vegas Blvd., South<br>Las Vegas, NV 89101 | Office Hours: 9:00 AM – 4:00 PM<br><br>Contact phone: (702) 527–7000<br><br>Date: 12/25/24 |
| 7. | **Meeting of creditors**<br><br>The debtor's representative must attend the meeting to be questioned under oath. Creditors may attend, but are not required to do so. | **January 27, 2025 at 09:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>**Zoom video meeting. Go to Zoom.us/join, Enter Meeting ID 742 574 1063, and Passcode 3830372843, OR call 1 725 237 2095** |
| | | For additional meeting information go to https://www.justice.gov/ust/moc | |
| 8. | **Proof of claim**<br><br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |
| 9. | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**       page 1