UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>EVIL OFFROAD LLC | CASE NO: 24-16738-NMC<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 3 |

On 12/31/2024, a copy of the following documents, described below,

Notice of Bankruptcy ECF Docket Reference No. 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 12/31/2024

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert Atkinson, Esq.

376 E Warm Springs Rd Suite 130
Las Vegas, NV  8911

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| AXE EXTERMINATORS<br>PO BOX 2383<br>PAHRUMP, NV 89041 | BAJA DESIGNS<br>2950 NORMAN STRASSE RD<br>SAN MARCOS, CA 92069 | BALBOA CAPITAL<br>ACCT NO XX8690<br>575 ANTON BLVD<br>COSTA MESA, CA 92626 |
| DEAVER SUSPENSION<br>902 E 2ND ST<br>SANTA ANA, CA 92701 | FDS HOLDINGS<br>ACCT NO XXXX4277<br>255 FISERV DR<br>BROOKFIELD, WI 53045 | FEDEX<br>ACCT NO XXXXX5296<br>3965 AIRWAYS MODULE G<br>MEMPHIS, TN 38116 |
| FINANCIAL PACIFIC LEASING<br>ACCT NO XXX-XXXXXX7-501<br>3455 S 344TH WAY<br>FEDERAL WAY, WA 98001 | INEXPRESS<br>10619 S JORDAN GATEWAY<br>SOUTH JORDAN, UT 84095 | INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY<br>PO BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| LAVA GEL INC - PATTERSON FABRICATION<br>2581 EAST GAMEBIRD RD<br>PAHRUMP, NV 89048 | LAWSON PRODUCTS<br>8770 WEST BRYN MAWR<br>CHICAGO, IL 60631 | NEVADA DEPT OF TAXATION<br>ATTN: BANKRUPTCY<br>3850 ARROWHEAD DRIVE<br>CARSON CITY, NV 89706 |
| NEVADA DETR<br>ATTN: BANKRUPTCY<br>500 EAST THIRD STREET<br>CARSON CITY, NV 89713 | PAHRUMP LANDS, LLC<br>1490 CENTER CROSSING RD<br>LAS VEGAS, NV 89144 | PAHRUMP LANDS, LLC<br>7475 W. SAHARA AVE #100<br>LAS VEGAS, NV 89117 |
| PAHRUMP LANDS, LLC<br>ATTN: MANAGER<br>1490 CENTER CROSSING RD<br>LAS VEGAS, NV 89144 | PERFORMANCE OVERNIGHT, LLC<br>1 WEST EXCHANGE ST<br>PROVIDENCE, RI 02903 | POWDER COATING PLUS<br>5325 S VALLEY VIEW<br>LAS VEGAS, NV 89118 |
| PRIORITY-1, INC<br>401 W CAPITAL AVE<br>LITTLE ROCK, AR 72201 | RIGID LIGHTS<br>ACCT NO XXX XXXX6523<br>779 N COLORADO ST<br>GILBERT, AZ 85233 | SQUARE<br>1455 MARKET ST<br>SAN FRANCISCO, CA 94103 |
| STRIPE<br>354 OYSTER POINT BLVD<br>SOUTH SAN FRANCISCO, CA 94080 | TBW LASER<br>4040 W HACIENDA AVE<br>LAS VEGAS, NV 89118 | WASTE CONNECTIONS - PAHRUMP VALLEY DISPO<br>ACCT NO XXXX-XXX9187<br>PO BOX 1268<br>PAHRUMP, NV 89041 |