UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEVADA

| | |
|---|---|
| IN RE:<br>EVIL OFFROAD LLC | CASE NO: 24-16738-nmc<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7<br>ECF Docket Reference No. 3 |

On 1/6/2025, a copy of the following documents, described below,

Notice of Bankruptcy ECF Docket Reference No. 3

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 1/6/2025

_____
Miles Wood
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Robert E. Atkinson, Esq.
ATKINSON LAW ASSOCIATES LTD.
376 E Warm Springs Rd Suite 130
Las Vegas, NV  89119

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

ABDULLAH HANAFI
15 BOULDEN CIRCLE
SUITE 100 FF74271
NEW CASTLE, DE 19726

ANDY JANSSEN
20401 KEOLA LN NORTH
FT MYERS, FL 33917

ASPEN CHOURNOS
6199 SOUTH DELDA DR
ST GEORGE, UT 84790

BART MUELLER
311 NORTH FM 730
DECATUR, TX 76234

BRYCE FORD
2788 JAY BIRD LANE
SPRINGTOWN, TX 76082

CHRIS DOHSE
3906 FIGURE FOUR LAKE LN
RICHMOND, TX 77406

CHRISTOPHER GRIGEREIT
4515 OXBOW NORTH TRL NW
ALBUQUERQUE, NM 87120

DALTON ROWELL
1255 INCHON ST
JACKSONVILLE, NC 28544

DEAN PATTISON
422 S MORNINGSIDE ST
WICHITA, KS 67218

DONALD PARCO
1130 ARBOLITA DR
LA HABRA, CA 90631

DRIVESHAFT PROS
7532 ANTHONY AVE
GARDEN GROVE, CA 92841

EVAN GORMAN
4546 ARBORETUM CIRCLE
UNIT 101
NAPLES, FL 34112

GAS PEDAL INDUSTRIES
13129 KUYKENDAHL RD
HOUSTON, TX 77090

GNC CUSTOMS
2626 PEDDLERS VILLAGE RD
SUITE A
GOSHEN, IN 46526

GUMARO RESENDIZ
2530 HAMMOND
CUMMING, GA 30040

GUMARO RESENDIZ
2530 HAMMOND DR
CUMMING, GA 30040

HANDS ON TECHNOLOGIES
30 N GOULD ST
SUITE 22023
SHERIDAN, WY 82801

JAMIE DICKSON
11840 160TH ST UNIT 403
SURREY, BC V4A4X4
CANADA

JERRY SEAGREAVES
500 HARN RANCH RD
SOQUEL, CA 95073

JEFF STAUBACH
5505 NAKOMA DR
DALLAS, TX 75209

JOHN HARLEY
406 CONSTITUTION BLVD
NEW BRIGHTON, PA 15066

JOHN HAUENSTEIN
19746 BUCK CANYON RD
BEND, OR 97702

JORDAN BROWN
3119 NORTH JACKSON AVE
TUCSON, AZ 85730

JOSH BARENG
10 ROSSEAU RD APT 202
TORONTO, ON M3H3G2
CANADA

JUAN GONZALEZ
6820 SANTA FE CIRCLE
EVANSVILLE, WY 82636

MATTHEW HALL
8792 HEBRIDES DR
SAN DIEGO, CA 92126

MAX RAMOS
9621 CLIFF VIEW WAY
LAS VEGAS, NV 89117

USPS FIRST CLASS MAILING RECIPIENTS:
Parties with names struck through or labeled CM/ECF SERVICE were not served via First Class USPS Mail Service.

| | | |
|---|---|---|
| NEVRSLO MOTORSPORTS<br>13686 RESEARCH BLVD<br>AUSTIN, TX 78750 | NGUYEN VO<br>14794 BLOSSOM LANE<br>WESTMINSTER, CA 92683 | PAUL STRAUSS<br>631 S SCHUG ST<br>ORANGE, CA 92869 |
| PAYPAL<br>2211 NORTH FIRST ST<br>SAN JOSE, CA 95131 | PATRICK ROGERS<br>25359 ATLANTIC STREET<br>ACCOMAC, VA 23301 | RAYMOND ADAMS<br>440 ABBOTT RD<br>BARNSVILLE, GA 30204 |
| STEPHEN CARLTON<br>303 DRIFTWOOD RD<br>CORONA DEL MAR, CA 92625 | STEVE JENKINS<br>1625 NORTH RACINE ST<br>APPLETON, WI 54911 | SHAUN MILLER<br>18 SHEPHERD LN<br>LEVITTOWN NY 11756 |
| THOMAS GLENN<br>3525 LAUREL BAY LOOP<br>ROUND ROCK, TX 78681 | VIVID RACING<br>1429 W SCOTT AVE<br>GILBERT, AZ 85233 | ZACHERY CULLEN<br>39849 GOLFERS DRIVE<br>PALMDALE, CA 93551 |